# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | |
|---|---|
| MARK and SUSAN REYNOLDS, on behalf of themselves and their minor children Sophie and Lovey Reynolds | **PLAINTIFFS** |

**v.**                    **No. 4:21-cv-451-DPM**

| | |
|---|---|
| BLACKBERRY FARM, LLC;  TEXTRON SPECIALIZED VEHICLES d/b/a E-Z Go; and MIKEY'S MOTORS, LLC | **DEFENDANTS** |

| | |
|---|---|
| THOMAS and GINGER BLACKMON, on behalf of themselves and their minor children Grace and Clark Blackmon | **PLAINTIFFS** |

**v.**                    **No. 4:21-cv-459-DPM**

| | |
|---|---|
| BLACKBERRY FARM, LLC;  TEXTRON SPECIALIZED VEHICLES d/b/a E-Z Go; and MIKEY'S MOTORS, LLC | **DEFENDANTS** |

## ORDER

**1.** Given where this case needs to be litigated, the three motions to dismiss—*Doc. 15 & 17* in 4:21-cv-451-DPM and *Doc. 10* in 4:21-cv-459-DPM—are denied without prejudice as moot. Blackberry's motions for extension of time to respond to the complaint—*Doc. 23* in 4:21-cv-451-DPM and *Doc. 16* in 4:21-cv-459-DPM—are granted. Answers or Rule 12(b) motions due by 25 August 2021. In exchange, Blackberry must

provide identifications for the two onlookers and several other witnesses that rushed over to help, if it has them.  Witness statements can be turned over in due course through normal discovery channels after Blackberry determines what, if any, privileges or protections apply to those materials.

2. The pending motions, related filings, and further thoughts from the parties confirm that the interest of justice will be best served by transferring these companion cases to the United States District Court for the Eastern District of Tennessee.  The motions to transfer — *Doc. 19* in 4:21-cv-451-DPM and *Doc. 12* in 4:21-cv-459-DPM — are granted.  Both cases are transferred to that district.  28 U.S.C. § 1404(a).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2021